UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE BOTTOMS, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:16-CV-1329-M (BT) |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss [ECF No. 20] is GRANTED.

**SO ORDERED.**

This 7th day of June, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE